# EXHIBIT B



**KAPLAN MARINO**
ATTORNEYS AT LAW ─────────────────────── A PROFESSIONAL CORPORATION

9454 Wilshire Boulevard, Suite 500
Beverly Hills, California 90212
Telephone (310) 557-0007
Facsimile (310) 557-0008
www.KaplanMarino.com

Nina Marino
Richard Kaplan

Of Counsel:
Allen G. Weinberg

Writer's Direct E-mail:
Marino@KaplanMarino.com

June 22, 2006

Clive Taylor, MD, PhD
Senior Associate Dean for Educational Affairs
2011 Zonal Avenue, Room 204
Los Angeles, California 90033
*Via Personal Delivery*

Re:   Jeff Isaacs

Dear Dr. Taylor:

As you know, I represent Jeff Isaacs in this matter. Please consider the following appeal of the Student Performance Committee recommendation that Jeffrey Isaacs be dismissed from the School of Medicine.

**Procedural History**

On February 27, 2006 the SPC determined that Mr. Isaacs was suspended from attendance at the medical school pending a dismissal hearing. On April 26, 2006 Mr. Isaacs Petitioned the Medical School for a retroactive medical leave of absence. The request for a retroactive medical leave was denied on May 20, 2006 by Dr. Katsufrakis.[1] On June 8, 2006 the SPC recommended that Mr. Isaacs be dismissed from the School of Medicine "for behavior that was not consistent with the essential characteristics and abilities required for completion of the M.D. degree at the Keck School of Medicine".

**Factual Background**

---

[1] In his letter, Dr. Katsufrakis states that the reason the retroactive request for medical leave was being denied was because Jeff was "already on leave". Without belaboring the point, the following would seem fairly obvious: 1.) The request was made retroactively to precede the involuntary suspension; and 2.) An involuntary suspension is significantly different from a voluntary request for medical leave for the purpose of obtaining needed medical treatment.

1



Attached as Exhibit "A" please find factual statement of Jeffrey Isaacs.

### Grounds for Appeal

1. **The Procedures for dismissal as Outlined in the Student Handbook were not followed. The following "numbers" refer to the numerical order as listed in the student handbook procedure for dismissal.**

1 - Dr. Katsufrakis allotted 1 hour (*only*) for a meeting with counsel on behalf of Mr. Isaacs. Dr. Katsufrakis did not make himself available as required by the procedures.

3 - The student file provided by Dr. Katsufrakis to Mr. Isaacs was incomplete. Specifically, correspondence sent to Katsufrakis by Dr. Kuyt on behalf of Mr. Isaacs and in support of Mr. Isaacs was redacted from the student file. Additionally, meetings with Dr. Katsufrakis and students in support of Mr. Isaacs were redacted from the student file.

9 - Mr. Isaacs was not presented with all the evidence against him. Mr. Isaacs was informed that the chronology of Jeff Isaac's actions and related events as prepared by the SPC consisted of the "evidence" against him. At the hearing of June 7 before the SPC Dr. Katsufrakis produced notes dated February 22 of his personal and confidential meetings with Jeff Isaacs. These notes were not included in the chronology and therefore, Mr. Isaacs was not provided notice that this evidence would be introduced against him at the hearing.

12 - The recommendations of the Committee were not transmitted in writing to Mr. Isaacs by Dr. Katsufrakis within the required three (3) business days following termination of the meeting. The meeting occurred on June 7, 2006. The written transmission was faxed to counsel for Mr. Isaacs on June 13, 2006 - 6 days later.

2. **The Associate Dean for Student Affairs who conducted the SPC hearing was not impartial.**

A. <u>Dr. Katsufrakis has demonstrated a clear bias toward Jeff Isaacs.</u>

Dr. Katsufrakis "counseled" Jeff Isaacs during the period of time in which the events took place. Dr. Katsufrakis had personal knowledge of the emotional and psychological turmoil which Jeff was suffering during the period of time between November 2005 and January 2006. Dr. Katsufrakis met with Jeff Isaacs on numerous occasions (See Attached - notes of Katsufrakis contained in Exhibit "C" to Materials provided to committee by Jeff Isaacs.) Dr. Katsufrakis had personal knowledge that Mr. Isaacs was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ On March 21, 2006 Dr. Katsufrakis was notified in writing of Mr. Jeff Isaacs' legal representation in the hearing before the Student Performance Committee and that all correspondence should

2



therefore be directed to counsel regarding Mr. Isaacs. Nevertheless, on the very day Mr. Isaacs was discharged ▬▬▬, Dr. Katsufrakis sent to Mr. Isaacs at his home a notice rescheduling the hearing for dismissal. This is but one example of Dr. Katsufrakis's blatant disregard for Jeff's emotional well being and is indicative of Dr. Katsufrakis's bias and prejudice toward Jeff.

Furthermore, as evidenced in Jeff's statement, on numerous occasions Dr. Katsufrakis behaved improperly towards Jeff. It is notable that is was Dr. Katsufrakis, who singularly and summarily denied Jeff's retroactive request for medical leave.

B. <u>Dr. Katsufrakis acted in a conflicted capacity as "counselor" to Mr. Isaacs and "chairperson" of the SPC determining the issue of dismissal.</u>

At the hearing of June 7 before the SPC Dr. Katsufrakis, while acting as chairperson of the committee, produced notes dated February 22 of his personal and confidential meetings with Jeff Isaacs. Dr. Katsufrakis acted as a "counselor" to Jeff Isaacs at these meetings. Dr. Katsufrakis used these notes for the purpose of casting dispersions on Jeff - he used Jeff's words which he interpreted to discredit Jeff before the committee.

3. **The decision reached by the SPC dismissing Mr. Isaacs from Medical School is not commensurate with the behavior.**

<u>Statements of Dr. Kuyt</u> -

Dr. Kuyt stated that Jeff was a student of his. Dr. Kuyt stated that Jeff was an excellent student, a team player, and well regarded by his classmates. He stated that Jeff's heart was extraordinarily kind and that Jeff was highly intelligent and gifted. Dr. Kuyt further stated that he was a good candidate for medical school.

Dr. Kuyt stated that he observed Jeff's deteriorating ▬▬▬ condition beginning in or about October/November 2005. Dr. Kuyt stated that he has discussed the situation between Jeff and Ms. Baughman with other classmates. Dr. Kuyt is informed that Ms. Baughman's provocative behavior and mean spiritedness exacerbated Jeff's then weakened psychological state.



3